**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Raymond P. Moore**

Civil Action No. 22-cv-03138-RM-SBP

BETHANY NURSING AND REHAB CENTER, LLC d/b/a Bethany Nursing and Rehab,

    Petitioner,

v.

JOSE AMARO, individually and as Personal Representative of the Estate of Manuela Morones, deceased,

    Respondent.

---

**ORDER**

---

Before the Court is the Recommendation of United States Magistrate Judge Susan Prose (ECF No. 27) to administratively close this case with leave to reopen for good cause shown. *See* D.C.COLO.LCiVR 41.2. For the reasons below, the Court accepts and adopts the Recommendation, and it is incorporated into this Order by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served a copy of the Recommendation. The deadline for responding to the Recommendation has come and gone without a response from either party. "In the absence of a timely objection, the district court may review a magistrate judge's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.3d 1165, 1167 (10th Cir. 1991).

As outlined in the Recommendation, this dispute is subject to mandatory arbitration. Further, given that it may be resolved through arbitration, the case is well suited for

administrative closure.  The Court discerns no clear error on the face of the record and concurs with the magistrate judge's assessment that this case should be administratively closed. *See Gallegos v. Smith*, 401 F. Supp. 3d 1352, 1356-57 (D.N.M. 2019) (applying deferential review of the magistrate judge's work in the absence of any objection).

Therefore, the Court ACCEPTS the Recommendation (ECF No. 27), and the Clerk is directed to ADMINISTRATIVELY CLOSE this case, subject to reopening for good cause.  As set forth in the Recommendation, the parties are ORDERED to provide joint status reports at ninety-day intervals regarding the status of the arbitration in this matter.

DATED this 26th day of March, 2024.

BY THE COURT:

_____
RAYMOND P. MOORE
Senior United States District Judge